IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

ROGER ELLIOTT, )
)
    Plaintiff, )
) NO. 2:05-0115
) JUDGE HAYNES
CHAIRMAN OF THE UNITED STATES )
MERIT SYSTEMS PROTECTION )
BOARD, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss (Docket Entry No. 9) is **GRANTED**. This action is **DISMISSED** with prejudice. Any appeal of this Order would not be in good faith, as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 3rd day of February, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge